| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |

Attorney for Defendant
Maria Bertha Dix

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:19-cr-00032-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| MARIA BERTHA DIX, | DATE:   May 13, 2019 |
| | TIME:    10:00 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference regarding the above-captioned matter now set for April 22, 2019, may be continued to May 13, 2019, at 10:00 a.m. for further status conference/fast-track change of plea setting.

The parties have been informed by the United States Probation Office that the Pre-Plea Presentence Investigation Report will not be completed until April 15, 2019.  Defense counsel is requesting the additional time to properly review the probation report with his client in conjunction with the government's fast-track plea agreement.  The parties anticipate this case will resolve on the requested date.  The government has no objection to the defense's requested date.

The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded

| | |
|---|---|
| 1 | through May 13, 2019, because there is good cause for the requested continuance and the ends of |
| 2 | justice outweigh the interest of the public and the defendant in a speedy trial.  Specifically, the |
| 3 | parties agree that this continuance is necessary to permit time for the parties to engage in fast- |
| 4 | track plea negotiations and for the defense to continue its investigation and preparation. |

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED:  March 20, 2019

/s/ Laura Withers
LAURA WITHERS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED:  March 20, 2019

/s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
Maria Bertha Dix

**O R D E R**

The status conference currently set for April 22, 2019 is hereby continued to May 13, 2019 at 10:00 a.m. Pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded through May 13, 2019, because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.  Specifically, the parties agree that this continuance is necessary to permit time for the parties to engage in fast-track plea negotiations and for the defense to continue its investigation and preparation.

IT IS SO ORDERED.

Dated:  **March 21, 2019**

UNITED STATES DISTRICT JUDGE

-2-