HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
Maria Berta Dix

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00032-DAD-BAM |
|---|---|
| Plaintiff, | **DEFENDANT'S MOTION TO EXONERATE BOND; ORDER THEREON** |
| vs. | |
| MARIA BERTA DIX, | Judge: Hon. Erica P. Grosjean |
| Defendant. | |

Defendant Maria Berta Dix hereby moves the court under Fed. R. Crim. P. 46(g) for exoneration of the cash bond and full reconveyance of the $2,000 cash posted by Ms. Dix's sister, Ana Maria Gomez, per DKT #6, Receipt # CAE100041749.

On February 19, 2019, the Court ordered Defendant released on conditions including a $2,000 cash bond, which was posted the next day. Ms. Dix subsequently plead guilty and was sentenced on May 13, 2019, and received a sentence of credit for time served. See Exhibit A. Since no conditions of the bond remain to be satisfied, Ms. Dix is now requesting that the $2,000 cash bond be exonerated and reconveyed to Ana Maria Gomez pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

///

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 17, 2019

/s/ Charles Lee
CHARLES LEE
Assistant Federal Defender
Attorney for Maria Berta Dix

# ORDER

The Court finds that Maria Berta Dix has complied with the conditions of her bond and that no conditions remain to be satisfied. IT IS HEREBY ORDERED that the Clerk of the Court exonerate the $2,000 cash bond in the above-captioned case and reconvey the cash to Ana Maria Gomez, who originally posted the cash bond.

IT IS SO ORDERED.

Dated: **May 17, 2019**

UNITED STATES MAGISTRATE JUDGE